IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN C. SULLIVAN,**

    **Plaintiff,**

**v.**                                                                    Case No. 1:19-cv-188-AW-GRJ

**BOSTON SCIENTIFIC CORP., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

I have reviewed the magistrate judge's June 23 report and recommendation. ECF No. 17. I have also considered de novo the issues raised in plaintiff's motions to add new information (ECF Nos. 18 and 19), which I will treat as objections to the report and recommendation. No other objections have been filed. I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 11) is GRANTED, and the first amended complaint (ECF No. 5) is DISMISSED. Plaintiff has 20 days to file a second amended complaint. The magistrate judge will conduct appropriate further proceedings.

    SO ORDERED on July 31, 2020.

                                                              s/ *Allen Winsor*
                                                              United States District Judge