## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**KEVIN C. SULLIVAN,**

  **Plaintiff,**

**v.**                                          **Case No. 1:19-cv-188-AW-GRJ**

**BOSTON SCIENTIFIC CORP., et al.,**

  **Defendants.**

_____/

## <u>FINAL ORDER</u>

After the court granted Defendants' earlier motion to dismiss, *see* ECF No. 20, Plaintiff Kevin Sullivan filed a Second Amended Complaint, ECF No. 23. Defendants again moved to dismiss, and the magistrate judge has issued a Report and Recommendation. ECF No. 28. Having considered that Report and Recommendation, I now determine it should be approved. I have also considered de novo the issues in Plaintiff's Documented Motion to Proceed (ECF No. 29), which I construe as an objection to the Report and Recommendation.

The Report and Recommendation is now adopted and incorporated into this order. The motion to dismiss (ECF No. 25) is GRANTED, and the Second Amended Complaint (ECF No. 23) is DISMISSED with prejudice. The clerk will enter a judgment that says: "This case is resolved on a motion to dismiss. Plaintiff's claims are dismissed with prejudice, and Plaintiff shall take nothing from this action." The clerk will then close the file.

1

SO ORDERED on December 7, 2020.

s/ *Allen Winsor*
United States District Judge